# EXHIBIT B

EXHIBIT B

From: Barry Subkow <bsubkow@icloud.com>

Sent: Tuesday, December 30, 2025 6:52 AM

To: Prada, Barbara <BPrada@miamigov.com>; diallo.bryan@miamidade.gov; diego.abreu@miamidade.gov; Brown, Paul <PBrown@miamigov.com>; jeffrey.whitmore@miamidade.gov; maria.molina@miamidade.gov; Gonzalez, Javier <JavGonzalez@miamigov.com>; Marrero, Asael <AMarrero@miamigov.com>; Commissioner Pardo's Office <District2@miamigov.com>; Santamaria, Eduardo <ESantamaria@miamigov.com>; Hernandez, Barbara <BaHernandez@miamigov.com>; Cerrato, Julia <JCerrato@miamigov.com>; Haines, Trelana <thaines@miamigov.com>; Santana Jr., Juvenal <jsantana@miamigov.com>; Spring, Larry <LSpring@miamigov.com>

Cc: Chris Lunding <elinvar2@yahoo.com>; Henrietta Schwarz <henrietta.schwarz@mac.com>; Bill Nada Finan <billnada@gmail.com>

Subject: They Started Work at 6:30 Am This Morning at the Four Seasons Construction Site

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Do they have a construction noise waiver in effect currently to start construction at 2699 South Bayshore Drive before 8:00 am?

From: henrietta.schwarz@mac.com <henrietta.schwarz@mac.com>

Sent: Tuesday, December 30, 2025 8:35 AM

To: Prada, Barbara <BPrada@miamigov.com>

Cc: Barry Subkow <bsubkow@icloud.com>; Diallo.Bryan@miamidade.gov; Diego.Abreu@miamidade.gov; Brown, Paul <PBrown@miamigov.com>; jeffrey.whitmore@miamidade.gov; maria.molina@miamidade.gov; Gonzalez, Javier <JavGonzalez@miamigov.com>; Marrero, Asael <AMarrero@miamigov.com>; Commissioner Pardo's Office <District2@miamigov.com>; Santamaria, Eduardo <ESantamaria@miamigov.com>; Hernandez, Barbara <BaHernandez@miamigov.com>; Cerrato, Julia <JCerrato@miamigov.com>; Haines, Trelana <thaines@miamigov.com>; Santana Jr., Juvenal <jsantana@miamigov.com>; Spring, Larry <LSpring@miamigov.com>; Chris Lunding <elinvar2@yahoo.com>; Bill Nada Finan <billnada@gmail.com>

Subject: Re: They Started Work at 6:30 Am This Morning at the Four Seasons Construction Site

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.


I just called code compliance and spoke with Marta.

She told me I had to call 311.

This is another big issue: one person says to call code compliance and then when you do - they tell you to call another department.

Barbara, as the special projects coordinator, I wanted you to know what is happening with your recommendation to call code compliance.

To the average resident, this type of misdirection is viewed as another way for the developers to get away with what ever they want to do.

It's maddening. On my way to call 311.

I was walking the dog at 6:45, across the street from 2669 South Bayshore Drive…wondering how they got a permit for working this early!!!


Henrietta

Sent from my magical communication device

On Dec 30, 2025, at 8:16 AM, Prada, Barbara <BPrada@miamigov.com> wrote:

Good morning,

Thank you for reaching the Building Department to make us aware of your concerns.

The location you provided does not have an active Noise Waiver. You may contact Code Compliance by calling (305) 416-2087 between 8:00 a.m. and 5:00 p.m. Monday through Friday, you may also contact the After-Hours Hotline at (786) 457-0995.

Best,

Barbara Prada

Special Projects Coordinator

City of Miami, Building Department

444 SW 2nd Avenue, 4th floor

Miami, Florida 33130

(786) 794-9222

BPrada@miamigov.com

On Tuesday, December 30, 2025 at 09:21:50 AM EST, Prada, Barbara
<bprada@miamigov.com> wrote:

Good morning,

I will address your concerns to Code Compliance included herein. As stated in the
previous email addressed to Mr. Subkow, this project does not have an active Noise
Waiver. The correct process is to contact Code Compliance and Building's Task
Force (786)932-4184.

Best,

Barbara Prada

Special Projects Coordinator

City of Miami, Building Department

444 SW 2nd Avenue, 4th floor

Miami, Florida 33130

(786) 794-9222

BPrada@miamigov.com

From: Chris Lunding <elinvar2@yahoo.com>

Sent: Tuesday, December 30, 2025 10:45 AM

To: henrietta.schwarz@mac.com; Prada, Barbara <BPrada@miamigov.com>

Cc: Barry Subkow <bsubkow@icloud.com>; Diallo.Bryan@miamidade.gov; Diego.Abreu@miamidade.gov; jeffrey.whitmore@miamidade.gov; maria.molina@miamidade.gov; Gonzalez, Javier <JavGonzalez@miamigov.com>; Marrero, Asael <AMarrero@miamigov.com>; Commissioner Pardo's Office <District2@miamigov.com>; Santamaria, Eduardo <ESantamaria@miamigov.com>; Hernandez, Barbara <BaHernandez@miamigov.com>; Cerrato, Julia <JCerrato@miamigov.com>; Haines, Trelana <thaines@miamigov.com>; Santana Jr., Juvenal <jsantana@miamigov.com>; Bill Nada Finan <billnada@gmail.com>; Franqui, Ricardo <RFranqui@miamigov.com>; Ramos, Raul <RRamos@miamigov.com>; Diaz, Rene <ReDiaz@miamigov.com>; Jonathan Lieberman <jalchile@gmail.com>; Irwin Halperin <ijh522@aol.com>; IIzzy Kapbick <ikreporting@gmail.com>; David Villano <villanospotlight@gmail.com>

Subject: Re: They Started Work at 6:30 Am This Morning at the Four Seasons Construction Site

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Dear Coordinator Prada,

I am the President of the Ritz-Carlton Executive Residences condominium association, located directly across the street from this noisy, non-compliant worksite.  To be clear, my association's unit owners expect the City to enforce its noise restrictions, particularly when a repeat offender is involved as is the case here.

We seem to find ourselves in an impossible situation as regards noise code enforcement at the Four Seasons work site.  The City website directs written noise complaints be sent to: constructionnoisewai@miamigov.com.  Is that correct?  It is unclear what happens when such complaints are received, or how complaints may be made by telephone.  In particular, I understand that if one calls code compliance before 8:00 a.m., the call goes to a full mailbox, that is, no one is on duty to respond and come to the construction site or even take a complaint.  I assume the same is true for complaints sent by email.  This makes documentation of noise violations

difficult and relies on neighbors rousted out of bed to document them.  This is simply unacceptable.

I appreciate the City may have to deal with fiscal constraints, but having a human being on duty to receive and respond to noise complaints starting at 6:00 a.m. definitely would help.   So would substantial fines or other penalties, such as stop work orders, on repeat offenders.

Thanks for listening.

On Tue, Dec 30, 2025 at 10:57 AM Prada, Barbara <BPrada@miamigov.com> wrote:

Good morning,

Acknowledged.  Your concerns will be addressed.

Best,

Barbara Prada

Special Projects Coordinator

City of Miami, Building Department

444 SW 2nd Avenue, 4th floor

Miami, Florida 33130

(786) 794-9222

BPrada@miamigov.com

From: David Villano <villanospotlight@gmail.com>

Sent: Tuesday, December 30, 2025 11:14 AM

To: Prada, Barbara <BPrada@miamigov.com>

Cc: Rodriguez, Orlando <ORodriguez@miamigov.com>; Fallat , Kenia <KFallat@miamigov.com>

Subject: Re: They Started Work at 6:30 Am This Morning at the Four Seasons Construction Site

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Barbara,

Is there a website or publicly accessible database that would allow city residents to check the existence and status of construction noise waivers?


Thanks,

Dave

On Tue, Dec 30, 2025 at 11:19 AM Prada, Barbara <BPrada@miamigov.com> wrote:

Not as of today, we are in the process of implementing an on line system that will allow residents the access to review.  You may continue to reach out to me as needed.

Barbara Prada

Special Projects Coordinator

City of Miami, Building Department

444 SW 2nd Avenue, 4th floor

Miami, Florida 33130

(786) 794-9222

BPrada@miamigov.com

From: David Villano <villanospotlight@gmail.com>

Sent: Tuesday, December 30, 2025 11:21 AM

To: Prada, Barbara <BPrada@miamigov.com>

Cc: Rodriguez, Orlando <ORodriguez@miamigov.com>; Fallat , Kenia <KFallat@miamigov.com>

Subject: Re: They Started Work at 6:30 Am This Morning at the Four Seasons Construction Site

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Barbara -- Thanks for the quick response. Is there any way for you (or someone else) to advise if there are any active construction noise waivers within Coconut Grove at the moment?

Thanks,

Dave

On Tue, Dec 30, 2025 at 11:35 AM Rodriguez, Orlando <ORodriguez@miamigov.com> wrote:

Greetings David.

Ms. Prada inadvertently replied directly to you instead of furnishing the information to us.

We respectfully ask that you refrain from contacting employees directly. As you know, our office is tasked with serving as the point of contact for all media inquiries and I hope you know that we really do work diligently to respond to all media inquiries, including yours.

Cheers,

Orlando

From: David Villano <villanospotlight@gmail.com>

Date: Tue, Dec 30, 2025 at 3:13 PM

Subject: Re: They Started Work at 6:30 Am This Morning at the Four Seasons Construction Site

To: Rodriguez, Orlando <ORodriguez@miamigov.com>

Cc: Fallat , Kenia <KFallat@miamigov.com>, Office of Communications, City of Miami <Communications@miamigov.com>, Mel Meinhardt <mel@melmeinhardt.com>, Prada, Barbara <BPrada@miamigov.com>, Wysong, George K. <gwysong@miamigov.com>, don finefrock <dfrockk@gmail.com>


Orlando,

The City's media policy governs city employees, not members of the press. While it may be administratively convenient for the City to route all media inquiries through a single office, that approach does not serve the interests of the media — or the public — particularly when it restricts access to timely, factual information.

I appreciate all of your efforts on the Spotlight's behalf. That said, the City's current practice of curtailing direct staff–media communication materially impedes our ability to obtain public information and report it accurately. Today's noise-waiver inquiry is a case in point. Ms. Prada provided useful, real-time public information before being instructed to stop communicating. Since then, our request for a list of active construction noise waivers — basic public information that could help resolve the concerns documented in these emails — has gone unanswered.

Our concern is that the City's media policy, as applied, is overly restrictive and may lack a sound legal basis, particularly where it limits the ability of city employees to share non-confidential information on matters of public concern. In practice, it appears to interfere with timely access to public records and the dissemination of information of immediate public interest, raising potential issues under Florida's public-records laws and established First Amendment protections. For that reason, I've copied Mr. Wysong to advise him of our intent to raise this issue with the incoming mayor and city manager.


Regards,

Dave

Miami's media policy plays out. A Building Dept. official responded to an inquiry, but "withdrew" the response after being reminded by staff of the "gag rule" provision, as explained in this exchange by communications staff. My response outlines our position on the issue and our intention of mounting a challenge.

Looking forward to our call at 11:00.

Dave