# EXHIBIT C

## EXHIBIT C

From: Prada, Barbara <BPrada@miamigov.com>

Date: Tue, Dec 30, 2025 at 11:25 AM

Subject: Recall: They Started Work at 6:30 Am This Morning at the Four Seasons Construction Site

To: David Villano <villanospotlight@gmail.com>

Cc: Rodriguez, Orlando <ORodriguez@miamigov.com>, Fallat , Kenia <KFallat@miamigov.com>

Prada, Barbara would like to recall the message, "They Started Work at 6:30 Am This Morning at the Four Seasons Construction Site".