# EXHIBIT D

## EXHIBIT D

----- Forwarded Message -----

From: Gonzalez, Javier javgonzalez@miamigov.com

To: Gonzalez, Javier javgonzalez@miamigov.com

Sent: Tuesday, January 27, 2026 at 03:33:35 PM EST

Subject: New Administrative Policies regarding Noise Waivers

GA,

Hope you are enjoying the nice weather.

I'm not sure if I got this out prior to the new year, but the administration put out these administrative policies regarding Noise Waivers effective December 2, 2025.

From the Adiministration:

Due to recent construction noise violations, effective immediately, will be amending and re-issuing all active Noise Waivers as follows:

· Continuous Noise Waiver will ONLY be issued for Mat Pours.

· Approval prior to 8AM will ONLY be issued for Concrete pours.

· No further approvals will be given to Vertical Construction beyond 6PM.

· Sunday Crane jumps will only be approved between 8AM and 6PM.

· Public Right of Way Construction to be amended to start no earlier than 10PM adjacent to any residential component.

· All Noise waivers will include a disclaimer that effective immediately all construction sites will be inspected by Building for Noise Mitigation Compliance. Non-compliance will result in immediate suspension / revocation of any approved Noise Waivers.

We will continue to work with Stakeholders and the Administration to improve our City's Noice Ordinance (Chapter 36).

Feel free to reach out with any questions.

Be well,

Javi

Javier Gonzalez

Community Liaison

Office of Commissioner Damian Pardo

City of Miami, District 2

Phone: 305.582.5085

Email: javgonzalez@miamigov.com

From: David Villano villanospotlight@gmail.com Sent: Wednesday, January 28, 2026 1:36 PM To: Prada, Barbara BPrada@miamigov.com Cc: Rodriguez, Orlando ORodriguez@miamigov.com; Poleo, Helena HPoleo@miamigov.com Subject: Fwd: New Administrative Policies regarding Noise Waivers

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Barbara,

Javier Gonzalez in the D2 office is sharing an email with residents (see below) regarding "new administrative policies" regarding construction noise waivers. He has also shared a draft amendment to the city's noise ordinance (attached).

A few questions:

1. Are these new policies in writing, as an APM or other official directive?
2. If so, can you send me a copy?
3. If not, is Javier correct in his summary?
4. Either way, are these polices (formal or informal) presently in effect?
5. Is the attached draft amendment the most recent or is there a more recent update?
6. If so, can you share it?
7. When do you expect the draft amendment to be introduced for legislative review?

In the event that you feel unable to respond to this request, I am copying Orlando Rodriguez and Helena Poleo for their assistance.

Thanks,

Dave

On Wed, Jan 28, 2026 at 3:20 PM Prada, Barbara BPrada@miamigov.com wrote:

Mr. Villano,

Please proceed with the Public Records Request.

Best,

Barbara Prada

Special Projects Coordinator

City of Miami, Building Department

444 SW 2nd Avenue, 4th floor

Miami, Florida 33130

(786) 794-9222

BPrada@miamigov.com

From: David Villano villanospotlight@gmail.com Sent: Wednesday, January 28, 2026 3:56 PM To: Prada, Barbara BPrada@miamigov.com Cc: Rodriguez, Orlando ORodriguez@miamigov.com; Poleo, Helena HPoleo@miamigov.com; Cerrato, Julia JCerrato@miamigov.com; Alexieva, Alexandra AAlexieva@miamigov.com; Gonzalez, Javier JavGonzalez@miamigov.com Subject: Re: New Administrative Policies regarding Noise Waivers

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Barbara,

Thank you for your response.

Before proceeding, I'd like to understand whether your direction to submit a formal public records request is coming from a City of Miami Office of Communiatoins directive, or whether it is your own determination based on the nature of the information requested.

The questions I posed concern the existence and status of current administrative policies and draft legislation that are already being circulated by a commissioner's office to residents. Several of those questions — such as whether policies are currently in effect, whether summaries being shared are accurate, and anticipated timing for legislative introduction — are explanatory in nature and would not be resolved through a public records request alone.

Given their relevance to active public reporting, I'm trying to understand why a member of the media is being routed to a more burdensome process for what appears to be routine, policy-related information.

If there is a legal or procedural requirement that prevents you from responding directly, I'd appreciate clarification. Otherwise, I'm hopeful there's a more straightforward way to address these questions consistent with the city's transparency obligations and the role of the press.

Thank you, and I look forward to your guidance.

Best regards, David Villano

The Coconut Grove Spotlight

On Wed, Jan 28, 2026 at 4:15 PM Prada, Barbara BPrada@miamigov.com wrote:

Mr. Villano,

Please see attachment, I follow appropriate protocol.

Best,

Barbara Prada

Special Projects Coordinator

City of Miami, Building Department

444 SW 2nd Avenue, 4th floor

Miami, Florida 33130

(786) 794-9222

BPrada@miamigov.com

From: David Villano villanospotlight@gmail.com Sent: Wednesday, January 28, 2026 5:14 PM To: Prada, Barbara BPrada@miamigov.com Cc: Rodriguez, Orlando ORodriguez@miamigov.com; Poleo, Helena HPoleo@miamigov.com; Cerrato, Julia JCerrato@miamigov.com; Alexieva, Alexandra AAlexieva@miamigov.com; Gonzalez, Javier JavGonzalez@miamigov.com; Santamaria, Eduardo ESantamaria@miamigov.com Subject: Re: New Administrative Policies regarding Noise Waivers

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Barbara,

At your request, I will submit a public records request for any relevant documents. In the meantime, I'm hoping you can respond by email to the following questions, which seek clarification and do not require the release of any public records.

1. Are there currently any new administrative policies regarding construction noise waivers, and if so, are they memorialized in writing (such as an APM or other official directive)?
2. If such policies exist in written form, what is the descriptive name of the document?
3. If the policies are not written, is the summary of those policies being shared by Commissioner Pardo's office accurate?
4. Regardless of whether they are written or informal, are these policies presently in effect, and as of what date?
5. Is the draft amendment to the noise ordinance that was shared with residents the most current version under consideration?
6. If there is a more recent draft or revised version, what is its title and date7.
7. What is the anticipated timeline for introducing the draft amendment for legislative review by the City Commission?

Thanks,

Dave

On Thu, Jan 29, 2026 at 2:11 PM Santamaria, Eduardo
ESantamaria@miamigov.com wrote:

Mr. Villano,

The City's policy is to have one point of contact for all media inquiries. To facilitate prompt responses to your questions kindly observe this protocol on this request and moving forward.

Best,

Eduardo "Ed" Santamaria

PE, CGC, LEED AP

Director

Building Department

444 SW 2nd AV, 4th Floor

Miami, Florida 33130

Email: esantamaria@miamigov.com

Website: www.Miamigov.com/Building/

From: David Villano villanospotlight@gmail.com Sent: Thursday, January 29, 2026 2:23:19 PM To: Santamaria, Eduardo ESantamaria@miamigov.com Cc: Prada, Barbara BPrada@miamigov.com; Rodriguez, Orlando ORodriguez@miamigov.com; Poleo, Helena HPoleo@miamigov.com; Cerrato, Julia JCerrato@miamigov.com; Alexieva, Alexandra AAlexieva@miamigov.com; Gonzalez, Javier JavGonzalez@miamigov.com Subject: Re: New Administrative Policies regarding Noise Waivers

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ed, This is helpful. To clarify, you're suggesting that members of the media must request information through the office of Communications, rather than contacting department staff directly. That correct?

Thanks, Dave

---------- Forwarded message ---------

From: Santamaria, Eduardo ESantamaria@miamigov.com Date: Thu, Jan 29, 2026 at 2:57 PM Subject: Re: New Administrative Policies regarding Noise Waivers To: David Villano villanospotlight@gmail.com Cc: Prada, Barbara BPrada@miamigov.com, Rodriguez, Orlando ORodriguez@miamigov.com, Poleo, Helena HPoleo@miamigov.com, Cerrato, Julia JCerrato@miamigov.com, Alexieva, Alexandra AAlexieva@miamigov.com, Gonzalez, Javier JavGonzalez@miamigov.com

Yes, sir. That is the policy. Thank you for your understanding.

Best,

signatureImage

Eduardo "Ed" Santamaria

PE, CGC, LEED AP

Director

Building Department

444 SW 2nd AV, 4th Floor

Miami, Florida 33130

Email: esantamaria@miamigov.com

Website: www.Miamigov.com/Building/

From: David Villano villanospotlight@gmail.com Sent: Friday, January 30, 2026 8:40 AM To: Denise Harle dharle@law.fsu.edu Subject: Fwd: New Administrative Policies regarding Noise Waivers

Denise -- Thought I'd share with you this email exchange from yesterday, which clearly and unmistakably describes the City of Miami's policy of forbidding city employees from interacting directly with members of the media. This was in response to my requests for information while on a routine reporting assignment.