# EXHIBIT E

# EXHIBIT E

**From:** "Rodriguez, Orlando" <ORodriguez@miamigov.com>
**Date:** March 10, 2026 at 5:02:37 PM EDT
**To:** David Villano <villanospotlight@gmail.com>, "Office of Communications, City of Miami" <Communications@miamigov.com>
**Cc:** "Poleo, Helena" <HPoleo@miamigov.com>
**Subject: Re: Interview Request: Quatisha Oguntoyinbo-Rashad**

David,
Your interview request with Quatisha has been declined but Building Director Santamaria and AD Stiers have agreed to an interview on the topic of the city's tree protection framework. Are you available Wednesday, March 18th either at 10 a.m. or 10:30 a.m.?

**From:** David Villano <villanospotlight@gmail.com>
**Sent:** Friday, March 6, 2026 7:24:18 AM
**To:** Office of Communications, City of Miami <Communications@miamigov.com>
**Cc:** Rodriguez, Orlando <ORodriguez@miamigov.com>; Poleo, Helena <HPoleo@miamigov.com>; Oguntoyinbo-Rashad, Quatisha <QOguntoyinbo@miamigov.com>
**Subject:** Re: Interview Request: Quatisha Oguntoyinbo-Rashad

Orlando -- I've been waiting a week for a response to my question. Once again, is Quatisha Oguntoyinbo-Rashad authorized to speak with me? Quatisha is a highly experienced veteran employee and is uniquely qualified within the city to address the questions I would like to pose. Please advise.

From: Office of Communications, City of Miami Communications@miamigov.com Date: Fri, Feb 27, 2026 at 5:43 PM Subject: Re: Interview Request: Quatisha Oguntoyinbo-Rashad To: David Villano villanospotlight@gmail.com, Rodriguez, Orlando ORodriguez@miamigov.com Cc: Poleo, Helena HPoleo@miamigov.com, Office of Communications, City of Miami Communications@miamigov.com

Good afternoon, David,

We are in receipt of your request and will get back to you.

Best regards,

Outlook-3e04j1wd.png

Office of Communications

Miami TV Channel 77

444 SW 2nd Avenue, 9th Floor, Miami, FL 33130

communications@miamigov.com Outlook-ouwakke1.pngOutlook-o0l0jxof.png Outlook-wyipcaxo.png Outlook-4kpehqjf.png Outlook-mi1kpuqt.png Outlook-uidfnqj2.png Outlook-bxjydko2.png

Attention: All communications (including email addresses) sent and received through the City of Miami's email system are considered public record. The Florida Public Records Act (FPRA) requires the City to make all public records available for inspection and to provide copies upon request. Please govern yourself accordingly.

From: David Villano villanospotlight@gmail.com Sent: Friday, February 27, 2026 3:40 PM To: Rodriguez, Orlando ORodriguez@miamigov.com Cc: Poleo, Helena HPoleo@miamigov.com; Office of Communications, City of Miami Communications@miamigov.com; De la Maza, Cristina CDelamaza@miamigov.com Subject: Re: Interview Request: Quatisha Oguntoyinbo-Rashad

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Orlando -- Can you or someone else in the office acknowledge this?

On Fri, Feb 27, 2026 at 11:49 AM David Villano villanospotlight@gmail.com wrote:

Orlando,

As a courtesy, I provided a list of questions and topic areas in advance so you could identify the appropriate person for the interview request. At no point did you indicate that written responses would be offered as a substitute for an in-person or remote interview, and I do not accept them as such.

I specifically requested on-the-record interviews with Quatisha Oguntoyinbo-Rashad — regardless of her current title or placement — as well as with the acting director of Environmental Resources. As outlined in the City's Administrative Policy Manual (APM 01-11), staff may engage with the media only with express authorization from the city manager, coordinated through the Office of Communications.

Quatisha has served for many years as the City of Miami's chief environmental resources official and has deep institutional knowledge of the city's tree protection framework, including its development, implementation, and enforcement challenges. Given that the subject of this interview is the city's efforts to revise and administer its tree ordinance, she is uniquely qualified to speak accurately and effectively on behalf of the city, consistent with the policy's stated goal of responding to media inquiries "effectively, accurately and quickly."

Accordingly, I am requesting confirmation as to whether Ms. Oguntoyinbo-Rashad has authorization under APM 01-11 to participate in an on-the-record media interview, or whether such authorization will be granted.

Thank you for your attention to this request.

Best regards, Dave

On Fri, Feb 27, 2026 at 10:00 AM Rodriguez, Orlando ORodriguez@miamigov.com wrote:

Morning David. We may need to revisit the interview request since Quatisha may no longer be the designated as the point of contact on this subject.

In the meantime, I was furnished with answers to your questions.

What have been the biggest challenges staff face in implementing and enforcing the current tree ordinance? One of the main challenges is that the mitigation requirements in the current ordinance can be difficult to implement on smaller or constrained properties. In some cases, the required replacement planting is not fully feasible on-site. More broadly, the City is trying to balance preservation goals, property constraints, redevelopment pressures, and standards that are practical to administer and enforce.

Where does enforcement most often break down — inspections, penalties, compliance, or staffing capacity? The biggest challenge is typically post-violation compliance. The issue is often not identifying that a removal occurred but ensuring that the required mitigation is actually completed in a way that is practical and meaningful.

How do current staffing levels and departmental resources compare to what's needed for effective enforcement citywide? The division has grown and continues to strengthen this function, but these cases are complex and require both technical review and ongoing coordination. The City is currently working to fill additional Environmental Resources Specialist positions to further support this effort.

To what extent could changes in internal policy, procedures, or staffing — rather than changes to the ordinance itself — address those challenges? Operational improvements can help. Continuous training of staff, stronger education of the community, clearer procedures, and consistent application can improve outcomes. At the same time, some issues are tied to the structure of the current code, which is why the City is also undertaking a broader review process.

If revisions are adopted, how will the city measure whether the updated approach is working in practice, not just on paper? The City can look at removal and replacement data, compliance rates, and how the process functions in practice over time. Because mature canopy loss cannot be immediately replaced, success also has

to be measured in terms of improved preservation and long-term canopy outcomes. The sooner a tree is planted the sooner it contributes to the urban forest canopy.

What challenges exist within the tree-removal permitting process itself — including application review, approvals, and compliance monitoring — and how do those affect outcomes on the ground? The biggest challenge is that tree preservation works best when it is addressed early in site design. When it is not, the available options become more limited during review. In addition, site constraints and broader development regulations can also affect whether trees can be retained or replacement trees can be planted.

From: David Villano villanospotlight@gmail.com Sent: Thursday, February 26, 2026 5:08:45 PM To: Rodriguez, Orlando ORodriguez@miamigov.com Cc: Poleo, Helena HPoleo@miamigov.com; Office of Communications, City of Miami Communications@miamigov.com; De la Maza, Cristina CDelamaza@miamigov.com; Oguntoyinbo-Rashad, Quatisha QOguntoyinbo@miamigov.com Subject: Re: Interview Request: Quatisha Oguntoyinbo-Rashad

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Orlando -- This request is nearly a week old. I understand the wheels of bureaucracy move rather slowly so unless you have an objection I will contact Quatisha directly? Thanks, Dave

On Tue, Feb 24, 2026 at 1:50 PM Rodriguez, Orlando ORodriguez@miamigov.com wrote:

Thank you. Greatly appreciated.

I will forward your email and try to get back to you promptly.

Orlando

From: David Villano villanospotlight@gmail.com Sent: Tuesday, February 24, 2026 1:47 PM To: Rodriguez, Orlando ORodriguez@miamigov.com Cc: Poleo, Helena HPoleo@miamigov.com; Office of Communications, City of Miami Communications@miamigov.com; De la Maza, Cristina CDelamaza@miamigov.com Subject: Re: Interview Request: Quatisha Oguntoyinbo-Rashad

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Orlando – Welcome back! Our understanding is that the FSU group contracted by the city is initiating its community outreach work, which in turn would precipitate a renewed effort at tree ordinance revisions. We'd like to speak with Quatisha (and whomever else suggested) to help us better understand how the city's tree protection ordinance is being implemented, and where – from staff's perspective – shortcomings lie.

Here are a few sample questions: · What have been the biggest challenges staff face in implementing and enforcing the current tree ordinance? · Where does enforcement most often break down — inspections, penalties, compliance, or staffing capacity? · How do current staffing levels and departmental resources compare to what's needed for effective enforcement citywide? · To what extent could changes in internal policy, procedures or staffing — rather than changes to the ordinance itself — address those challenges? · If revisions are adopted, how will the city measure whether the updated approach is working in practice, not just on paper? · What challenges exist within the tree-removal permitting process itself — including application review, approvals, and compliance monitoring — and how do those affect outcomes on the ground?

Thanks. I'll be traveling all of next week so hoping to wrap this up before Friday. Thanks, Dave

On Tue, Feb 24, 2026 at 1:27 PM Rodriguez, Orlando ORodriguez@miamigov.com wrote:

Afternoon David. Can you provide a list of questions and/or topics beforehand? This will help us identify the appropriate person for the interview request.

Regards, Orlando

From: David Villano villanospotlight@gmail.com Sent: Monday, February 23, 2026 4:35 PM To: Poleo, Helena HPoleo@miamigov.com Cc: Office of Communications, City of Miami Communications@miamigov.com; Rodriguez, Orlando ORodriguez@miamigov.com; Oguntoyinbo-Rashad, Quatisha QOguntoyinbo@miamigov.com; De la Maza, Cristina CDelamaza@miamigov.com Subject: Re: Interview Request: Quatisha Oguntoyinbo-Rashad

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Helena, Even if she has changed departments I would still like to do the interview, given that she has been the chief of environmental resources for many years and has a great deal of institutional knowledge. And if there is a new env. resources director or acting director I would like to request that interview as well.

Thanks, Dave

On Mon, Feb 23, 2026 at 4:25 PM Poleo, Helena HPoleo@miamigov.com wrote:

Hi David, she has moved departments. We are checking to see if she is still the best person for this interview. I'll have something for you tomorrow.

Sent from my T-Mobile 5G Device Get Outlook for Android From:

David Villano villanospotlight@gmail.com Sent: Monday, February 23, 2026 4:15:52 PM To: Office of Communications, City of Miami Communications@miamigov.com Cc: Poleo, Helena HPoleo@miamigov.com; Rodriguez, Orlando ORodriguez@miamigov.com; Oguntoyinbo-Rashad, Quatisha QOguntoyinbo@miamigov.com; De la Maza, Cristina CDelamaza@miamigov.com Subject: Re: Interview Request: Quatisha Oguntoyinbo-Rashad

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Just checking in on this. Shall I reach out to Quatisha directly?

On Fri, Feb 20, 2026 at 11:22 AM Office of Communications, City of Miami Communications@miamigov.com wrote:

Good morning, David,

We are in receipt of your request and will get back to you.

Best regards,

Outlook-zr4nb3ej.png

Office of Communications

Miami TV Channel 77

444 SW 2nd Avenue, 9th Floor, Miami, FL 33130

communications@miamigov.com Outlook-g13yk0nv.pngOutlook-an2q1u4a.png Outlook-vhkjzs1y.png Outlook-ph0qifmg.png Outlook-oyrxxwbc.png Outlook-5w0ik1sk.png Outlook-fmsqephc.png

Attention: All communications (including email addresses) sent and received through the City of Miami's email system are considered public record. The Florida Public Records Act (FPRA) requires the City to make all public records available for inspection and to provide copies upon request. Please govern yourself accordingly.

From: David Villano villanospotlight@gmail.com Sent: Friday, February 20, 2026 10:38 AM To: Poleo, Helena HPoleo@miamigov.com Cc: Rodriguez, Orlando ORodriguez@miamigov.com; De la Maza, Cristina CDelamaza@miamigov.com; Office of Communications, City of Miami Communications@miamigov.com; Oguntoyinbo-Rashad, Quatisha QOguntoyinbo@miamigov.com Subject: Interview Request: Quatisha Oguntoyinbo-Rashad

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Helena, The Spotlight is working on a story about possible revisions to the city's Tree Ordinance, including recent city-funded community outreach by FSU's Consensus Center's. I'd like to request a phone or Zoom interview with Environmental Resources chief Quatisha Oguntoyinbo-Rashad, who is copied on this email. To meet deadline, I'm hoping she will be available early next week. Please let me know if you can facilitate this interview or if you would prefer I reach out to Quatisha directly. Thanks, Dave

-- David Villano Editor

Coconut Grove Spotlight

P.O. Box 1987 Coconut Grove, FL 33133

305-992-7356

https://coconutgrovespotlight.com/