# EXHIBIT F

EXHIBIT F

On Fri, Apr 24, 2026 at 4:09 PM David Villano <villanospotlight@gmail.com> wrote:

Orlando -- We would like to resubmit this request for an interview with Quatisha. It was denied last time. Thanks.

--

David Villano

Editor

Coconut Grove Spotlight

P.O. Box 1987

Coconut Grove, FL 33133

305-992-7356

https://coconutgrovespotlight.com/

From: David Villano <villanospotlight@gmail.com>

Sent: Monday, May 4, 2026 6:14 PM

To: Rodriguez, Orlando <ORodriguez@miamigov.com>

Cc: Poleo, Helena <HPoleo@miamigov.com>; Office of Communications, City of Miami <Communications@miamigov.com>

Subject: Re: Interview Request: Quatisha Oguntoyinbo-Rashad

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Orlando -- This (re-submitted) request was made 10 days ago and was never answered or acknowledged. Can you let me know if the request has been granted this time? Thanks.

On Tue, May 5, 2026 at 12:00 PM Poleo, Helena <HPoleo@miamigov.com> wrote:

Mr. Villano, I believe you already were able to speak to someone in the Building Department for your story. Ms. Oguntoyinbo-Rashad is not available for interviews.

Thank you.

Helena Poleo

Director of Communications

Office of Communications / Miami TV Channel 77

444 SW 2nd Avenue, 9th Floor, Miami, FL 33130

HPoleo@miamigov.com

Attention: All communications (including email addresses) sent and received through the City of Miami's email system are considered public record.  The Florida Public Records Act (FPRA) requires the City to make all public records available for inspection and to provide copies upon request. Please govern yourself accordingly.

**From:** David Villano <villanospotlight@gmail.com>
**Sent:** Tuesday, May 5, 2026 1:02 PM
**To:** Poleo, Helena <HPoleo@miamigov.com>; Wysong, George K. <GWysong@miamigov.com>
**Cc:** Office of Communications, City of Miami <Communications@miamigov.com>; Oguntoyinbo-Rashad, Quatisha <QOguntoyinbo@miamigov.com>
**Subject:** Re: Interview Request: Quatisha Oguntoyinbo-Rashad

Helena,

Thank you for your response.

On Feb. 20, I submitted a request to speak with Quatisha regarding existing tree policy; that request was denied. This current request is separate and involves a different set of questions, including her 26 years of experience with Environmental Resources, her recent transfer to Resilience and Public Works, the reasons for that transfer, her understanding of its impact on permitting, and her reaction to a recent petition submitted to Mayor Higgins calling for her return to her previous position:

https://treetravesty.good.do/miamitreeemergencystopthechainsaws/SaveOurTrees/

I have copied Quatisha on this email. Under the city's media policy, employees are given the opportunity to accept or decline requests to speak with the press. I would appreciate you allowing her to respond directly to this request.

Refusing to provide that opportunity may be inconsistent with the city's stated media policy and applicable state and federal law. I have copied the City Attorney in the hope that he can weigh in on this matter.

Let me know if you'd like to discuss.

Regards,

Dave

On Wed, May 6, 2026 at 11:14 AM Poleo, Helena <HPoleo@miamigov.com> wrote:

Mr. Villano,

Please find our Media Policy here:
https://archive.miamigov.com/employeerel/pages/CityAdminPolicies/APM/Media%20
Relations%20Policy%20APM%2001-11.pdf

It clearly states that the Office of Communications will serve as the sole liaison with
the media. Additionally, it states that, unless otherwise authorized, the City's
spokespersons are:

City Manager, Deputy and/or Assistant City Managers;

Police Department and Fire Department Public Information Officers or the
respective Chiefs

The City Manager has sole authority to issue exceptions regarding spokespersons.

If we are to continue to work together, I would appreciate if you follow the
guidelines.

On Wed, May 6, 2026 at 11:48 AM David Villano <villanospotlight@gmail.com>
wrote:

Helena,

I'm sure the City Attorney can explain that the city's media policy applies to city
employees; it has no bearing on the actions of members of the media. Are you
suggesting that a working relationship between Communications and the Spotlight
is contingent on our staff complying with guidelines intended for city employees?
Please clarify.

As for Quatisha, I have submitted a request to interview her that, as I explained, is
distinct from my February request to speak with her about tree policy. Your
response yesterday incorrectly conflates those two requests.

I would appreciate a response from you, Quatisha or others specific to this latest
request, which involves an entirely different line of questioning. Please also ask the
City Attorney to clarify any conditions governing our working relationship.

Thanks,
Dave

On Thurs, May 7, 2026 at 4:26 PM David Villano <villanospotlight@gmail.com> wrote:

Helena,

I have not yet received a response to my previous email.

That email raised two specific requests for clarification:

1. The city's position regarding my recent request to interview Quatisha Oguntoyinbo-Rashad, which is separate from a February inquiry regarding tree policy; and
2. The city's position regarding your assertion that my adherence to the city's internal media policy is a condition of maintaining a "working relationship" with the Office of Communications.

Meanwhile, a growing backlog of information requests and interview access sought by Spotlight staff remains tied up, inexplicably, within Communications. We are having a difficult time reconciling those delays with the city's stated commitment to transparency and timely engagement, and are beginning to question whether the Spotlight is being subjected to treatment not typically experienced by other media outlets.

I would appreciate a response.

Thanks,

Dave

On Thu, May 7, 2026 at 6:10 PM Panoff, Stephanie K. <SKPanoff@miamigov.com> wrote:

Good afternoon, David,

Please accept this e-mail as clarification from the City of Miami regarding our media policy, which is attached. Our policy clarifies that individuals who work for the City cannot speak on behalf of the City without obtaining prior approval. The policy does not limit an individual's right to respond to the media as a private citizen on a matter of public concern. Further, the policy does not restrict the media from asking City employees whether they wish to comment on a matter of public concern as a private citizen, though the decision to respond is solely up to the employee. You may, therefore, reach out to Ms. Quatisha Oguntoyinbo-Rashad and inquire whether she will comment on your request as a private citizen. Ms. Oguntoyinbo-Rashad's response, however, will not be on behalf of the City of Miami. I hope this assists. Thank you.

Stephanie K. Panoff, Division Chief

City of Miami Office of the City Attorney

Telephone:  305-416-1834

Facsimile:  305-400-5071

SKPanoff@miamigov.com

Assistant: Christina Matthews (305) 416-1862

Disclaimer:  This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information.  If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege.  If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521.  If this communication was received in error we apologize for the intrusion.  Please notify us by reply e-mail and delete the original message.  Nothing in this e-mail message shall, in and of itself, create an

attorney-client relationship with the sender.  Under Florida law, e-mail addresses are public records. If you do not want your e-mail address released in response to a public records request, do not send electronic mail to this entity. Instead, contact this office by phone or in writing.

Please consider the environment before printing this e-mail.Description: Description: Description: Description: tree

Attention: All communications (including email addresses) sent and received through the City of Miami's email system are considered public record.  The Florida Public Records Act (FPRA) requires the City to make all public records available for inspection and to provide copies upon request. Please govern yourself accordingly.

On Thurs, May 7, 2026 at 7:10 PM David Villano <villanospotlight@gmail.com> wrote:

Stephanie —

The Spotlight has requested an on-the-record interview with Quatisha Oguntoyinbo-Rashad so that we can ask questions about past and present city tree policy, changes in standard operating procedures prior to her reassignment to RPW, recent staffing changes, her thoughts on the efforts in 2024 and 2025 to rewrite Chapter 17, how permitting processes and oversight changed after Building absorbed Environmental Resources, her transfer to RPW, and her reaction to a resident petition calling for her reassignment to her previous role as chief of Environmental Resources.

As a 26-year city veteran — and, until recently, the senior official overseeing tree policy — she is uniquely qualified among existing staff to address issues central to our reporting. There is no surrogate on city staff who can accurately address the breadth of questions we intend to ask.

I understand that the city's media policy requires staff members to receive prior authorization from Communications or another senior city official before engaging with media to address subjects such as these. It is that authorization we have been requesting for more than three weeks.

Despite a flurry of recent emails, however, we still have not received a clear response to that request, other than Helena Poleo's veiled threat that continuing to pursue this matter could jeopardize the working relationship between the Spotlight and her office.

Thanks,

Dave