# EXHIBIT G

EXHIBIT G

From: David Villano <villanospotlight@gmail.com>

Date: Fri, May 22, 2026 at 2:59 PM

Subject: Outstanding Media Requests and Inquiries

To: Poleo, Helena <HPoleo@miamigov.com>

Cc: Office of Communications, City of Miami <communications@miamigov.com>, Reyes, James <jareyes@miamigov.com>, Wysong, George K. <gwysong@miamigov.com>

Helena —

I'm having difficulty reconciling the city's stated Media Relations Policy — which calls for responding to "news media questions or inquiries effectively, accurately and quickly" — with your department's repeated failure to answer submitted questions, respond to interview requests or otherwise engage with routine media outreach. By my count, the following requests remain outstanding, some dating back weeks:

Oak Ave. Tigertail Ave. Sidewalk Closure Questions

Mr. C/The WELL transfer of density questions

Affordable housing density transfer program follow-up to incomplete responses

Armbrister Park CIP project questions/interview request

City attorney comment on bonus height lawsuit

Interview request on bond debt

Quatisha Oguntoyinbo-Rashad interview request

Escalona/Reyes bond questions and answers

Marlins Space 106 details

Bond survey questions

Given that your office and the Office of the City Manager are effectively the sole authorized points of contact for media inquiries under the policy, our only recourse is to continue directing questions through you. Please don't ask me to send the requests yet again, as I've sent them all to you multiple times. If you can't find them, do an email search. Also, please don't equate "acknowledgment" and partial responses with full and complete responses.

Please let me know when we can expect complete responses to the outstanding inquiries referenced above.

Thank you,

Dave


--

David Villano
Editor
Coconut Grove Spotlight
P.O. Box 1987
Coconut Grove, FL 33133
305-992-7356
https://coconutgrovespotlight.com/