# EXHIBIT H

EXHIBIT H

On Tue, May 26, 2026 at 4:00 PM David Villano <villanospotlight@gmail.com> wrote:

Helena –

Our reporting on the use of the city's historic density transfer has raised additional questions:
https://coconutgrovespotlight.com/2026/05/14/the-well-mr-c-and-a-density-shell-game/

We are requesting an interview with Ken Kalmis (copied) to discuss this topic in greater detail.

Thanks,
Dave

--
David Villano
Editor
Coconut Grove Spotlight
P.O. Box 1987
Coconut Grove, FL 33133
305-992-7356
https://coconutgrovespotlight.com/

From: David Villano <villanospotlight@gmail.com>
Date: Wed, May 27, 2026 at 11:46 AM
Subject: Re: Interview Request: Ken Kalmis
To: Poleo, Helena <HPoleo@miamigov.com>
Cc: Office of Communications, City of Miami <communications@miamigov.com>,
Reyes, James <jareyes@miamigov.com>, Wysong, George K.
<gwysong@miamigov.com>, Kenneth Kalmis <KKalmis@miamigov.com>

Following up on this.

On Thu, May 28, 2026 at 9:38 AM Office of Communications, City of Miami <Communications@miamigov.com> wrote:

Good morning, David,

Mr. Kalmis is unavailable for an interview.

Best regards,
Office of Communications
Miami TV Channel 77
444 SW 2nd Avenue, 9th Floor, Miami, FL 33130
communications@miamigov.com

On Thu, May 28, 2026 at 11:28 AM David Villano <villanospotlight@gmail.com> wrote:

Helena –

Ken is uniquely qualified to answer the questions we will ask. For instance, he is the individual who reviewed, approved and signed the Certificate of Transfer documents referenced in our previous reporting. If he will not be made available, which city official – per your media policy – will serve as his surrogate to respond to our questions?

From: David Villano <villanospotlight@gmail.com>
Sent: Friday, May 29, 2026 2:19:25 PM
To: Poleo, Helena <HPoleo@miamigov.com>
Cc: Wysong, George K. <GWysong@miamigov.com>; Kalmis, Kenneth
<KKalmis@miamigov.com>; Solino, Jorge <JSolino@miamigov.com>; Office of
Communications, City of Miami <communications@miamigov.com>
Subject: Re: Interview Request: Ken Kalmis

Helena –

Following up on this. If you're not authorizing Ken to speak, who can answer
questions about this?