# EXHIBIT I

## EXHIBIT I

## Email Chain #1: The Press

From: David Villano <villanospotlight@gmail.com>
Sent: Friday, May 15, 2026 9:45 AM
To: Poleo, Helena <HPoleo@miamigov.com>
Cc: Office of Communications, City of Miami <Communications@miamigov.com>
Subject: Substitution Ordinance for File ID 19230

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Helena —

At yesterday's commission meeting, the city clerk announced that the vote on RE-15 (File ID 19230) was subject to a substitution ordinance. That ordinance does not appear to be posted in the legislative hub.

Can you forward a copy?

Thanks,

Dave

--

David Villano

Editor

Coconut Grove Spotlight

P.O. Box 1987

Coconut Grove, FL 33133

305-992-7356

https://coconutgrovespotlight.com/

---------- Forwarded message ---------

From: Office of Communications, City of Miami <Communications@miamigov.com>

Date: Fri, May 15, 2026 at 10:07 AM

Subject: Re: Substitution Ordinance for File ID 19230

To: David Villano <villanospotlight@gmail.com>

Cc: Poleo, Helena <HPoleo@miamigov.com>, Solino, Jorge <JSolino@miamigov.com>

Received.

Best regards,

Office of Communications

Miami TV Channel 77

444 SW 2nd Avenue, 9th Floor, Miami, FL 33130

communications@miamigov.com

Attention: All communications (including email addresses) sent and received through the City of Miami's email system are considered public record. The Florida Public Records Act (FPRA) requires the City to make all public records available for inspection and to provide copies upon request. Please govern yourself accordingly.

## Email Chain #2: A Citizen

From: Elvis Cruz <elviscruz@mac.com>

Sent: Friday, May 15, 2026 10:44 AM

To: Hannon, Todd <thannon@miamigov.com>; Lopez, Maricarmen <mclopez@miamigov.com>; Ewan, Nicole <newan@miamigov.com>

Subject: Looking for the Substitution Memo for item RE-15 of yesterday's CC agenda

CAUTION: This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Esteemed City Clerk and Staff,

I hope this message finds you and yours doing very well.

Two questions:

It was mentioned that there was a substitution memo for item RE-15 (Tree Committee) on yesterday's City Commission agenda.

1. Could you please be so kind as to send me a copy of the memo? – Please find a copy of the substitution memo attached.

2. For future reference, how does a member of the public find a substitution memo without contacting the City Clerk and staff?  Is there a website where it can be viewed? – Substitution memos are made part of the public record and uploaded to the legislative file associated with the item. Depending on the volume of documents submitted for a meeting, we generally strive to complete this process within seven (7) business days following the meeting date. To view the

memo once it has been uploaded, please visit the Legislative Hub, select the applicable meeting date and time, and locate the associated agenda item. The substitution memo will appear under the title of the item within the legislative file.

Thank you, and have a great weekend!

Stay healthy and happy,

Elvis Cruz

631 NE 57 Street

Miami, FL 33137

H: 305 754 1420

C: 305 733 0670

ElvisCruz@mac.com

From: "Ewan, Nicole" <newan@miamigov.com>

Subject: RE: Looking for the Substitution Memo for item RE-15 of yesterday's CC agenda

Date: May 15, 2026 at 14:29:21 EDT

To: ZoningNotifications Ext Mbr - Elvis Cruz <elviscruz@mac.com>

Cc: "Hannon, Todd" <thannon@miamigov.com>, "Lopez, Maricarmen" <mclopez@miamigov.com>


Good afternoon Mr. Cruz,


All is well and I hope you are too!


Please find my responses to your request below.


Have a wonderful weekend!


Nicole Ewan, MPA, CMC

Assistant City Clerk

City of Miami

City Clerk's Office

📍 3500 Pan American Drive, Miami, FL 33133

📞 (305) 250-5347

📠 (305) 858-1610

🌐 City Clerk's Website

📋  Boards & Committees

🔎 Commission & CRA Records (1896–Present)

- Election Information & Voting Resources
- Passport Information & Services